| | |
|---|---|
| William A. Lapcevic (SBN 238893)<br>DiBenedetto & Lapcevic, LLP<br>1101 Pacific Avenue, Suite 320<br>Santa Cruz, California 95060<br>Telephone: (831) 325-2674<br>Facsimile: (831) 466-7617<br>Email: wal@dl-lawllp.com | VENABLE LLP<br>Alper T. Ertas (SBN 264120)<br>atertas@venable.com<br>101 California St., Suite 3800<br>San Francisco, CA 94111<br>Telephone: (415) 653-3750<br>Facsimile: (415) 653-3755 |
| Gary F. Wang (SBN 195656)<br>Law Offices of Gary F. Wang<br>448 South Pasadena Avenue<br>Pasadena, CA 91105<br>Telephone: (626) 585-8001<br>Facsimile: (626) 585-8002<br>Email: garywang@gfwanglaw.com | VENABLE LLP<br>Scott K. Reed (*pro hac vice*)<br>sreed@venable.com<br>Steven C. Kline (*pro hac vice*)<br>sckline@venable.com<br>1290 Avenue of the Americas, 20th Floor<br>New York, NY 10104-3800<br>Telephone: (212) 218-2100<br>Facsimile: (212) 218-2200 |
| Attorneys for<br>Plaintiff Flow Pharma, Inc. | Attorneys for Defendants<br>Bausch Health Companies Inc.<br>and Valeant Pharmaceuticals North America, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| **FLOW PHARMA, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**BAUSCH HEALTH COMPANIES INC.; VALEANT PHARMACEUTICALS NORTH AMERICA, LLC**<br><br>Defendants. | CASE NO. 3:18-cv-5769-JST<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff FLOW PHARMA ("Plaintiff") and Defendants BAUSCH HEALTH COMPANIES INC. and VALEANT PHARMACEUTICALS NORTH AMERICA, LLC (hereinafter "Defendants") jointly submit this Stipulation and [Proposed] Order to File First Amended Complaint.

**WHEREAS** on September 20, 2018, Plaintiff filed its Complaint for Patent Infringement.

**WHEREAS** Plaintiff, Flow Pharma seeks to file its First Amended Complaint, which adds one cause of action for Contributory Infringement.

**WHEREAS** a copy of Plaintiff's Proposed First Amended Complaint is attached hereto as **Exhibit 1**.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Plaintiff should be granted leave to amend to file its First Amended Complaint, a copy of which is attached hereto as **Exhibit 1**.

2. Plaintiff's Motion For Leave To File First Amended Complaint currently scheduled for May 9, 2019 is hereby withdrawn and taken off calendar.

3. Plaintiff's First Amended Complaint is deemed filed as of the date the Order is transmitted via that CM/ECF system.

Respectfully submitted,

Dated: April 23, 2019    DiBENEDETTO & LAPCEVIC, LLP


By:_____*/s/ William A. Lapcevic*_____
William A. Lapcevic
Attorney for Plaintiff


Dated: April 23, 2019    VENABLE LLP


By:_____*/s/ Steven C. Kline*_____
Steven C. Kline
Attorney for Defendants

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated: April 24, 2019

By:_____*/s/ William A. Lapcevic*
William A. Lapcevic

# [~~PROPOSED~~] ORDER

Having read and considered the foregoing Stipulation, and good finding good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff, FLOW PHARMA is granted leave to amend to file its First Amended Complaint, a copy of which is attached hereto as **Exhibit 1**.

**IT IS ALSO ORDERED** that Plaintiff's Motion For Leave To File First Amended Complaint currently scheduled for May 9, 2019 is hereby withdrawn and taken off calendar.

~~**IT IS HEREBY ORDERED** that Plaintiff's First Amended Complaint is deemed filed as of the date this Order is transmitted via that CM/ECF system.~~

~~IT IS SO ORDERED.~~ Plaintiff shall file its First Amended Complaint no later than May 3, 2019.

IT IS SO ORDERED.

Dated: April 29, 2019

_____
Honorable Jon S. Tigar
United States District Court Judge