UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOW PHARMA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>BAUSCH HEALTH COMPANIES INC., et al.,<br><br>    Defendants. | Case No. 18-cv-05769-JST   (AGT)<br><br>**ORDER REQUESTING SUPPLEMENTAL SUBMISSION**<br><br>Re: Dkt. Nos. 65, 72 |

In the parties' most recent joint statement, Flow Pharma explained that by April 28 it would provide Bausch with a third supplemental response to Interrogatory No. 10.  *See* ECF No. 72 at 4.  By tomorrow, May 7, Flow Pharma must file a copy of that third supplemental response with the Court.  No argument should be included with the filing.

**IT IS SO ORDERED.**

Dated: May 6, 2020

ALEX G. TSE
United States Magistrate Judge